[S. F. No. 11038. In Bank.—February 21, 1924.]

GEORGE TRENOUTH et al., Petitioners, v. THE SUPERIOR COURT, etc., et al., Respondents.

APPEAL—APPLICATION FOR WRIT OF CERTIORARI—DENIAL—REVIEW.— Where petitioners applied to the district court of appeal for a writ of *certiorari*, which was denied, the appropriate procedure for a review under the rules of the supreme court is an application to the latter court for a rehearing before it upon said petition and the order of the district court of appeal denying it.

APPLICATION for a Writ of Certiorari to review an order of the Superior Court of Santa Clara County substituting a party plaintiff. P. F. Gosbey, Judge. Writ denied.

The facts are stated in the opinion of the court.

John W. Sullivan for Petitioners.

THE COURT.—The petition is denied. The petitioner having applied to the district court of appeal for a similar writ, which petition was by said court denied, the appropriate procedure under the rules of this court is that of an application for a rehearing in this court upon said petition and the order of the district court of appeal denying the same.